IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Trustees for THE IRON WORKERS
ST. LOUIS DISTRICT COUNCIL PENSION
TRUST,

    Plaintiffs,

v.

LE RAE M. EDWARDS,

    Defendant.                                      Case No.  10-cv-73-DRH

**ORDER**

**HERNDON, Chief Judge:**

        Before the Court is Defendant's Motion to Extend Time to File Answer or Responsive Pleading (Doc. 22) as well as Defendant's Motion to Delay Ruling on Preliminary Injunction (Doc. 23).  The Court recently appointed defense counsel in this matter.  Since the appointment, counsel states he has attempted to contact Defendant, to no avail, despite his diligent attempts.  Counsel further explains that due to the complex nature of this case, it is necessary that he meet with Defendant in order to discuss certain issues and properly prepare the Answer or other responsive pleading to Plaintiffs' Complaint.  Therefore, he seeks a continuance of thirty days in which to file Defendant's answer or other responsive pleading as well as for the Court to delay its ruling on Plaintiffs' request for Preliminary Injunction.

For good cause, Defendant's Motions (Docs. 22 & 23) are hereby **GRANTED**. Accordingly, Defendant shall file her Answer or other responsive pleading by **March 24, 2010**. Further, the Court's February 1, 2010 Order (Doc. 9) granting injunctive relief against Defendant, as previously amended by the Court on February 8, 2010 (Doc. 15), is hereby extended to remain in effect through **April 7, 2010**, so that the Court may properly consider Defendant's Answer or other responsive pleading before it makes its final ruling on Plaintiffs' request for a preliminary injunction.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2010.

/s/  David R Herndon
**Chief Judge**
**United States District Court**