IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Trustees for THE IRON WORKERS
ST. LOUIS DISTRICT COUNCIL PENSION
TRUST,

    Plaintiffs,

v.

LE RAE M. EDWARDS,

    Defendant.                                Case No. 10-cv-73-DRH

## ORDER and CONSENT JUDGMENT

**HERNDON, Chief Judge:**

       This matter is before the Court on the Parties' Joint Motion for Consent Judgment (Doc. 36). The parties having entered into a Settlement Agreement and Stipulation for Entry of Judgment by Consent, which has been reviewed by the Court, said Motion (Doc. 36) is hereby **GRANTED**.

       Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs have judgment against Defendant on their claim for an equitable lien on that portion of the $448,826.72 in overpayments received by Plaintiff due to an administrative error which can be traced; that the $359,502.19 deposited into the registry of the Court by Defendant from her checking and savings account and recovered from the loan to her father is traceable to the $448,826.72 in

overpayments; and that an additional $59,941.39 can be traced to Defendant's property at 201 S. Park Street, Ava, Illinois and her 2008 Pontiac Torrent.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court's Preliminary Injunction of April 7, 2010 is dissolved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the $359,502.19 being held in the Court's registry, plus any interest that has accrued thereon, shall be released to the Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the $50,000 cash bond posted by the Plaintiffs in this matter, plus any interest that has accrued thereon, shall be released to the Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and conditions of the Parties' Settlement Agreement and Release are incorporated herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant in this case are **DISMISSED WITH PREJUDICE**, each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Signed this 11th day of August, 2010.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**